UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CAMP GROUNDS COFFEE, LLC; 803 KAVA LLC; MAUREEN ROXBERRY; and SHEN SHU ACUPUNCTURE, PLLC,** on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>**VISA, INC. and MASTERCARD, INC.,**<br><br>  Defendants. | No. 1:21-cv-03401 (MKB) (VMS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew A. Eisenstein, of the firm Arnold & Porter Kaye Scholer LLP, hereby appears as counsel of record for defendants Visa Inc. in *Camp Grounds Coffee, et al. v. Visa Inc., et al*, Case No. 1:21-cv-03401-MKB-VMS.

Dated:  July 10, 2023

        Respectfully submitted

        ARNOLD & PORTER KAYE SCHOLER LLP

        By:  /s/ Matthew A. Eisenstein
            Matthew A. Eisenstein
            Arnold & Porter Kaye Scholer LLP
            601 Massachusetts Avenue, NW
            Washington, DC   20001-3743
            (202) 942-5000
            matthew.eisenstein@arnoldporter.com

        *Attorney for Defendant Visa Inc.*